# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 20-1944-TJH(KESx) |
| Date | AUGUST 26, 2021 |
| Title | Lawanda D. Small v. Allianz Life Insurance Company of North America |

**Present: The Honorable** TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that a joint status report must be filed to this action no later than **SEPTEMBER 30, 2021.**

IT IS SO ORDERED.

cc: all parties