UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAWANDA D. SMALL, Individually, and on Behalf of the Class; Class Representative,<br><br>   Plaintiff-Respondent,<br><br> v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota Corporation,<br><br>   Defendant-Petitioner. | No. 23-80050<br><br>D.C. No. 2:20-cv-01944-TJH-KES<br>Central District of California, Los Angeles<br><br>ORDER |

Before: LEE and VANDYKE, Circuit Judges.

The motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 4) is granted. The reply brief has been filed.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).

Respondent filed a notice of intent to file publicly Volume 2 of the supplemental excerpts of record in support of the response (Docket Entry No. 3). *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. Therefore, the Clerk will unseal the notice (Docket Entry

OSA105

No. 3-1), and file publicly Volume 2 of the supplemental excerpts of record (Docket Entry No. 3-3).