JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA D. SMALL, Individually, and on Behalf of the Class,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota Corporation,<br><br>            Defendant. | Case No. 2:20-cv-01944-TJH (KES)<br><br>Hon. Terry J. Hatter<br>Courtroom 9C<br><br>**FINAL JUDGMENT** |

This matter comes before the Court on Plaintiff's written notice of acceptance, dated May 27, 2026, of Defendant's Offer of Judgment dated May 14, 2026, made pursuant to Fed. R. Civ. P. 68 (the "Offer").

In the Complaint, Plaintiff has asserted claims for declaratory judgment and breach of the life insurance policy issued by Defendant to Carl Small as insured ("the Policy") in her claimed status as the beneficiary, and as an alleged owner or co-owner and an "other insured" under the Policy ("the Claims").

Based on the foregoing, and pursuant to Federal Rules of Civil Procedure 58 and 68,

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that:**

1. The Offer and Acceptance are incorporated in this Final Judgment.

2. Judgment is hereby entered in favor of Plaintiff Lawanda Small and against Defendant Allianz Life Insurance Company of North America on the Claims in the amount of $225,000.00 (two hundred and twenty-five thousand dollars and no cents).

3. Defendant shall not be obligated to pay any recoverable costs of suit, attorneys' fees, or prejudgment interest otherwise recoverable in this individual action. Each party shall bear its own attorneys' fees, if any.

4. Any request by Plaintiff for reinstatement of the Policy 'other insured' coverage on her life, issuance of future coverage, waiver of future premiums, or continuation of insurance benefits is satisfied and resolved by the Payment.

5. Any request for monetary relief of any kind, including contractual benefits, consequential damages, and/or return of premium, is satisfied and resolved by the Payment.

6. The Court declares that, based on the specific facts and circumstances alleged and the claims asserted by the Plaintiff in this action, Defendant's liability, if

- 1 -

any, to Plaintiff under the Policy for the allegations and claims at issue in this litigation are satisfied in full by the relief awarded in this Judgment.

7.    This Judgment resolves all of Plaintiff's individual claims in this action and does not purport to bind or adjudicate the rights of any other policy owner, insured, beneficiary, or non-party.

8.    A judgment resulting from this offer shall be binding on any assignee, heir, beneficiary, or successor in interest to Plaintiff's rights, claims, or interests.

9.    The Clerk shall close this case.

**IT IS SO ORDERED** this 17th day of June, 2026.

HON. TERRY J. HATTER
UNITED STATES DISTRICT JUDGE

- 2 -